No. 02–5664. SELL *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Motion of Law Office of Julie Ruiz-Sierra for leave to file a brief as *amicus curiae* denied. Certiorari granted limited to the following question: "Whether the Court of Appeals erred in rejecting petitioner's argument that allowing the Government to admin-

ister antipsychotic medication against his will solely to render him competent to stand trial for nonviolent offenses would violate his rights under the First, Fifth, and Sixth Amendments?" 